**Order entered September 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00907-CV

## IN THE INTEREST OF H.B.C., A CHILD

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-17-1672**

## ORDER

Before the Court is appellant's September 6, 2019 first motion to extend time to file her brief. We **GRANT** the motion and **ORDER** appellant's brief be filed no later than September 30, 2019. Because this is an accelerated appeal in a parental termination case, we caution that further extension requests will be disfavored.

/s/   KEN MOLBERG
       JUSTICE